App. Div.]                First Department, April, 1915.

In the Matter of St. Paul's Place and Washington Avenue.— Referee's report confirmed, balance due to infants to be paid to their general guardian, when such guardian is duly appointed and has given the security required by law. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Manhattan Railway Company.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Viola M. Flannery v. Fifteen West Forty-fourth Street Company.— Motion denied. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Francis H. Griffin.— Respondent disbarred. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of William Ehrlich.— Respondent disbarred. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of John T. Little.— Referred to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Laura Glover, as Administratrix, etc., Appellant, v. National Bank of Commerce in New York, Respondent.— Judgment and order affirmed, with costs. (See *Glover* v. *Nat. Bank of Commerce*, 156 App. Div. 247.) Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Isidor Frey, Respondent, v. E. Regensburg & Sons, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The City of New York, Appellant, v. William A. Jamison, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Edward Duffey, Appellant, v. Charles T. Wills, Inc., Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Laughlin, J., dissented.

Charles K. Harris, Respondent, v. Ted Snyder Company and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.